IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Cooper, Samantha L

Printed: 4/15/08

Case Number: 05 B 63806
Judge: Goldgar, A. Benjamin
Filed: 12/7/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Ch 7 Conversion: April 9, 2008
Confirmed: May 2, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 76,821.46 |  |
| Secured: |  | 72,829.77 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 80.00 |
| Trustee Fee: |  | 3,911.69 |
| Other Funds: |  | 0.00 |
| Totals: | 76,821.46 | 76,821.46 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Legal Remedies | Administrative | 80.00 | 80.00 |
| 2. | Saxon Mortgage Services Inc | Secured | 0.00 | 0.00 |
| 3. | HSBC Mortgage Services | Secured | 0.00 | 0.00 |
| 4. | Saxon Mortgage Services Inc | Secured | 0.00 | 0.00 |
| 5. | Saxon Mortgage Services Inc | Secured | 29,040.00 | 27,720.00 |
| 6. | HSBC Mortgage Services | Secured | 44,218.86 | 37,410.46 |
| 7. | American General Finance | Secured | 5,885.64 | 1,162.28 |
| 8. | HSBC Mortgage Services | Secured | 8,922.46 | 629.79 |
| 9. | Saxon Mortgage Services Inc | Secured | 17,784.05 | 5,907.24 |
| 10. | American General Finance | Unsecured | 741.68 | 0.00 |
| 11. | CitiFinancial | Unsecured | 1,597.58 | 0.00 |
| 12. | Resurgent Capital Services | Unsecured | 1,109.38 | 0.00 |
| 13. | Commonwealth Edison | Unsecured | 250.71 | 0.00 |
| 14. | ECast Settlement Corp | Unsecured | 192.04 | 0.00 |
| 15. | Capital One | Unsecured | 1,847.65 | 0.00 |
| 16. | Illinois Student Assistance Commission | Unsecured | 155.53 | 0.00 |
| 17. | Discover Financial Services | Unsecured | 631.90 | 0.00 |
| 18. | American General Finance | Unsecured | 44.69 | 0.00 |
| 19. | Arrow Financial Services | Unsecured |  | No Claim Filed |
| 20. | Capital One | Unsecured |  | No Claim Filed |
| 21. | Commonwealth Edison | Unsecured |  | No Claim Filed |
| 22. | CB USA | Unsecured |  | No Claim Filed |
| 23. | CB USA Sears | Unsecured |  | No Claim Filed |
| 24. | Commonwealth Edison | Unsecured |  | No Claim Filed |
| 25. | GEMB | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Cooper, Samantha L | Case Number: 05 B 63806 |
|---|---|
| | Judge: Goldgar, A. Benjamin |
| Printed: 4/15/08 | Filed: 12/7/05 |

| | | | |
|---|---|---|---|
| 26. Peoples Energy Corp | Unsecured | | No Claim Filed |
| 27. Northwestern Illinois | Unsecured | | No Claim Filed |
| 28. Peoples Energy Corp | Unsecured | | No Claim Filed |
| 29. Peoples Energy Corp | Unsecured | | No Claim Filed |
| | | _____ | _____ |
| | | $ 112,502.17 | $ 72,909.77 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5% | 1,340.12 |
| 4.8% | 1,035.86 |
| 5.4% | 1,535.71 |
| | _____ |
| | $ 3,911.69 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____